UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD LEWIS,

    Plaintiff,

    v.                                    Case No. 08-CV-13683-DT

CORRECTIONAL MEDICAL SERVICES,
ET AL.,

    Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the court are Defendant Dr. Hutchinson's Motion to Dismiss [Dkt. #22], Defendant Correctional Medical Service's Motion for Summary Judgment [Dkt #31], Defendant Dr. Steele's Motion for Summary Judgment [Dkt #37] and MDOC Defendants' Motion for Summary Judgement [Dkt #44]. The case was referred to United States Magistrate Judge Donald A. Scheer pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1(b)(2). The magistrate judge issued his report on March 6, 2009, recommending that this court grant the above Defendants' motions in full. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C), thus further appeal rights are waived.  In addition, the failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Accordingly,

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendant Dr. Hutchinson's Motion to Dismiss [Dkt. #22],

Defendant Correctional Medical Service's Motion for Summary Judgment [Dkt #31],

Defendant Dr. Steele's Motion for Summary Judgment [Dkt #37] and MDOC

Defendants' Motion for Summary Judgement [Dkt #44] are GRANTED.

    S/Robert H. Cleland  
    ROBERT H. CLELAND  
    UNITED STATES DISTRICT JUDGE

Dated:  March 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 24, 2009, by electronic and/or ordinary mail.

    S/Lisa Wagner  
    Case Manager and Deputy Clerk  
    (313) 234-5522

S:\Cleland\JUDGE'S DESK\Lisa's Folder\08-13683 LEWIS Order  adopting report and recommendation.wpd